**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SCOTTY G. REYNOLDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:22-cv-1020-DDN |
| | ) |
| CHRIS CLASS, et al., | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motion to compel discovery. The motion is denied as premature because the Court has not authorized discovery. *See* Rule 6 of the Rules Governing § 2254 Cases. Additionally, plaintiff's motion does not provide a compelling reason for the request. *Id.*

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to compel discovery is **DENIED**. [ECF No. 8]

　　　　　　　　　　　　　　　　　　　　/s/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 21, 2023.