**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SCOTTY G. REYNOLDS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 4:22-cv-01020-DDN |
| | ) |
| CHRIS CLASS, et al., | ) |
| | ) |
| Respondents. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motion to file an amended petition. Petitioner has not submitted a proposed amended petition. As such, the Court is unable to determine whether the motion should be granted. Therefore, the Court will deny the motion without prejudice. If petitioner wishes to file an amended petition, he must file a proposed amended petition contemporaneously with a motion to file an amended petition.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to file an amended petition is **DENIED** without prejudice. [ECF No. 7]

/s/    David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 21, 2023.